UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20122-CR-UNGARO

UNITED STATES OF AMERICA,

v.

TION TOOMER,

        Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

       THIS CAUSE is before the Court on Defendant's Motion to Suppress Evidence. DE 13. The matter was referred to Magistrate Judge O'Sullivan, who after an evidentiary hearing, issued a Report on July 11, 2007 (DE 32), recommending that the Motion be denied. The matter is ripe for disposition and no objections to the Report have been filed.

       Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

       ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 32) is RATIFIED, AFFIRMED AND ADOPTED. It is further

       ORDERED AND ADJUDGED that Defendant's Motion to Suppress Evidence (DE 13) is DENIED.

       DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of July, 2007.

                                                     _____
                                                     URSULA UNGARO
                                                     UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record